IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONTE MILBURN, | : | CIVIL ACTION NO. **1: 12-CV-0121** |
| Plaintiff | : | (Judge Jones) |
| v. | : | (Magistrate Judge Blewitt) |
| CITY OF YORK, et al., | : | |
| Defendants | : | |

**FILED
SCRANTON
MAR 29 2013
PER _____
DEPUTY CLERK**

<u>ORDER</u>

NOW, THIS 28 DAY of MARCH, 2013, BASED ON THE FOREGOING MEMORANDUM, IT IS ORDERED THAT:

1. Plaintiff's **Document 101** Motion to Compel is **DENIED**.

2. Plaintiff's **Document 106** Motion to Compel is **DENIED, IN PART, AND GRANTED, IN PART.**

3. Plaintiff's **Document 106** Motion to Compel is **DENIED** with respect to all of Plaintiff's Requests for Admission to Defendants, detailed in the foregoing Memorandum, except for Request No. 8 to Defendant Hose.

4. Plaintiff's **Document 106** Motion to Compel is **GRANTED** with respect to Plaintiff's Requests for Admission No. 8 to Defendant Hose. Defendant Hose is directed to provide Plaintiff with his response to Plaintiff's Requests for Admission No. 8 **within ten (10) days** of the date of this Order.

16

/s/ Thomas M. Blewitt
**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: March 28, 2013